# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

gnaydenskiy@faillacelaw.com

August 6, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1312

   Re: <u>Morales et al v. Tap House LLC et al</u>
      Case No. 20-cv-04511-LGS

Your Honor:

  We represent Plaintiff in the above title matter. We write jointly with defense counsel to respectfully request an adjournment of the initial conference currently scheduled for August 13, 2020. The reason for the request is because the parties' attorneys are engaged in good faith settlement discussions that they believe will result in a settlement in principal within the next couple of weeks. Therefore, we respectfully request an adjournment of the initial conference currently scheduled for August 13, 2020

  We thank The Court for its attention to this matter.

        Respectfully Submitted,

        <u>/s/Gennadiy Naydenskiy, Esq.</u>
        Gennadiy Naydenskiy, Esq.
        MICHAEL FAILLACE & ASSOCIATES, P.C.
        *Attorneys for Plaintiff*

This application is untimely but nevertheless GRANTED.  The initial pretrial conference scheduled for August 13, 2020, is adjourned to **August 27, 2020**.  The parties' pre-conference materials are due at least seven days before the conference, or by **August 20, 2020**.  Any application to extend the deadline to file the joint conference materials must be made at least two business days in advance of the deadline, per the Individual Rules.

Dated: August 7, 2020
   New York, New York

           LORNA G. SCHOFIELD
           UNITED STATES DISTRICT JUDGE