```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  ISAAC MORALES,                                             :
                                        Plaintiff,           :
                                                             :      20 Civ. 4511 (LGS)
                 -against-                                   :
                                                             :           ORDER
  TAP HOUSE LLC, et al.,                                     :
                                        Defendants.          :
-------------------------------------------------------------:
                                                             X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed that the parties have reached a settlement in principle.  It is hereby

**ORDERED** that, by **September 23, 2020**, the parties shall file: (i) the settlement agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses.  It is further ORDERED that any pending conferences and deadlines are CANCELLED.

Dated: August 24, 2020
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE