UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAAC MORALES, on behalf of himself and all others similarly situated,

                        Plaintiff,

-against-

TAP HOUSE LLC et al.,

                        Defendants.
------------------------------------------------------------X

20 Civ. 4511 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated September 24, 2020 (Dkt. No. 19), directed the parties to file the settlement agreement and supporting materials by October 7, 2020.

WHEREAS, the parties have not submitted these items. It is hereby

**ORDERED** that by **October 12, 2020**, the parties shall file (i) the settlement agreement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House*, *Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. Failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: October 8, 2020
       New York, New York

                                                                   **LORNA G. SCHOFIELD**
                                                                   **UNITED STATES DISTRICT JUDGE**