# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

gnaydenskiy@faillacelaw.com

October 8, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:  Morales et al v. Tap House LLC et al
       Case No. 20-cv-04511-LGS

Your Honor:

We represent Plaintiff in the above title matter. We write, on behalf of all parties, to respectfully request a 2 week extension of time (from today) for Plaintiff to submit the settlement fairness motion. The reason for the request is because defense counsel is in the process of reviewing the draft agreement for finalization. Therefore, we respectfully request an extension of time until October 22, 2020 to file Plaintiff's motion for settlement.

We thank The Court for its attention to this matter.

Respectfully Submitted,

/s/Gennadiy Naydenskiy, Esq.
Gennadiy Naydenskiy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

The application is GRANTED. By **October 22, 2020**, the parties shall file (i) the settlement agreement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses.

SO ORDERED

Dated:  October 9, 2020
            New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE