UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAAC MORALES, on behalf of himself and all others similarly situated,

                      Plaintiff,          20 Civ. 4511 (LGS)

        -against-                  ORDER

TAP HOUSE LLC et al.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated October 23, 2020, granted the parties' request for a one-week extension to submit information necessary for the Court to determine whether the settlement is fair and reasonable (Dkt. No. 24).

    WHEREAS, the parties did not timely submit such information, and the Court granted a further extension to November 4, 2020 (Dkt. No. 25).

    WHEREAS, the parties still have not submitted these items. It is hereby

    **ORDERED** that as soon as possible, but no later than **noon** on **November 10, 2020**, the parties shall file (i) the settlement agreement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House*, Inc., 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further

    **ORDERED** that as soon as possible, but no later than **noon** on **November 10, 2020**, the

parties shall file a joint letter explaining why they have not complied with the Court's orders.

The parties are reminded that compliance with Court-ordered deadlines is not optional, and that any further untimely submissions may result in sanctions or prejudice.

Dated: November 9, 2020
      New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE