UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISAAC MORALES, on behalf of himself and all others similarly situated,

                                  Plaintiff,        20 Civ. 4511 (LGS)

                -against-                      <u>ORDER</u>

TAP HOUSE LLC et al.,

                                 Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 16, 2020, the parties filed a letter motion for approval of a proposed settlement (Dkt. No. 29).

      WHEREAS, Plaintiff's copy of the settlement agreement does not contain Plaintiff's signature. Instead, Plaintiff's name is typed in the signature block (Dkt. No. 29 at 21). It is hereby

      **ORDERED** that by **November 20, 2020**, the parties shall submit via ECF an executed copy of the settlement agreement containing a handwritten signature by Plaintiff.

Dated: November 18, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE