UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ISAAC MORALES, on behalf of himself and all others similarly situated,
        Plaintiff,

-against-

TAP HOUSE LLC et al.,

        Defendants.
------------------------------------------------------------X

20 Civ. 4511 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on November 16, 2020, the parties filed a letter motion for approval of a proposed settlement (Dkt. No. 29).  It is hereby

  **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

  **ORDERED** that Plaintiff's counsel's request for $2,366.66 is **GRANTED**.  The remainder of the settlement shall be distributed to Plaintiff.

  The Clerk of Court is respectfully directed to close the docket entry at #29.

Dated: November 23, 2020
   New York, New York

                 LORNA G. SCHOFIELD
                 **UNITED STATES DISTRICT JUDGE**